**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
AMARILLO DIVISION**

| | | |
|---|---|---|
| **JESUS TARANGO AND DOLORES GUILLEN a/k/a LOLA TARANGO,** | § § § | |
| Plaintiffs, | § § | |
| v. | § § | **CIVIL ACTION NO. 2:15-CV-00168-J** |
| **STATE FARM LLOYDS AND KEVIN WILSON,** | § § § | **JURY DEMAND** |
| Defendants. | § | |

**NOTICE OF SETTLEMENT**

TO THE HONORABLE JUDGE OF SAID COURT:

Plaintiffs file this Notice of Settlement, and respectfully notify the Court as follows:

1)   On July 20, 2015, Plaintiffs and Defendants entered into an agreement to settle this case.

2)   The parties anticipate a Settlement Agreement will be signed by all parties within 60 days, if not before pending the Bankruptcy Court approval.

3)   The parties anticipate that the Agreed Stipulation of Dismissal With Prejudice will be filed with the Court within 60 days pending Bankruptcy Court approval.

Respectfully submitted,

**MOSTYN LAW**

*/s/ René M. Sigman*
René M. Sigman
State Bar No. 24037492
3810 W. Alabama Street
Houston, Texas  77027
(713) 714-000 (Office)
(713) 714-1111 (Facsimile)

**ATTORNEY FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing instrument has been served on all counsel of record, pursuant to the Federal Rules of Civil Procedure, on this the 24th day of July, 2015, as follows:

                                    */s/ René M. Sigman*
                                    René M. Sigman